# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, )<br>　)<br>　　　　Plaintiff, )<br>　)<br>vs. )<br>　)<br>Jolene Lockwood, )<br>　)<br>　　　　Defendant. ) | **ORDER**<br><br><br><br>Case No. 1:19-cr-027 |

On motion by the United States, the court issued an order on September 20, 2022, directing that this matter remain under seal until November 11, 2022. (Doc. Nos. 51, 52). On November 7, 2022, the United States filed a motion requesting the court to issue an order permanently sealing the documents filed at Docket Nos. 18, 20, 24, 26, 30, 32, 38, 40, 45, 47, and 51. (Doc. No. 54). For good cause shown, the court **GRANTS** the United States' motion (Doc. No. 54). The United States' motion along with the documents filed at Docket Nos. 18, 20, 24, 26, 30, 32, 38, 40, 45, 47, and 51 shall remain under seal permanently.

**IT IS SO ORDERED.**

Dated this 9th day of November, 2022.

　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court