# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:19-cr-027 |
| Jolene Lockwood, | ) | |
| | ) | |
| Defendant. | ) | |

On November 15, 2022, the United States filed a supplemental motion requesting the court to issue an order permanently sealing the documents filed at Docket Nos. 18, 20, 24, 26, 30, 32, 38, 40, 42, 45, 47, 49, and 51. (Doc. No. 56). For good cause shown, the court **GRANTS** the United States' motion (Doc. No. 56). The United States' motion along with the documents filed at Docket Nos. 18, 20, 24, 26, 30, 32, 38, 40, 42, 45, 47, 49, and 51 shall remain under seal permanently.

**IT IS SO ORDERED.**

Dated this 15th day of November, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court